opinion. Judgment of the Municipal Court reversed as to the defendant the New York Central & Hudson River Railroad Company, and new trial ordered; costs to abide the event.

---

**B. F. BOYER CO.,** Respondent, v. **SHAFFER,** Appellant. (Supreme Court, Appellate Division, Second Department. April 27 1906.) Action by the B. F. Boyer Company against Isaac Shaffer. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

**BISHOP et al.,** Respondents, v. **AMERICAN BRIDGE CO. OF NEW YORK,** Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by Nellie Bishop and another, as administrators, etc., against American Bridge Company of New York.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

KELLOGG, J., not sitting.

---

**BJERRUM,** Respondent, v. **SPRINGFIELD BREWERIES CO.,** Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ernest A. T. Bjerrum against the Springfield Breweries Company. No opinion. Judgment and order affirmed, with costs.

---

**BLANCK,** Respondent, v. **PRESTON,** Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary Ann Blanck against Charles M. Preston, as receiver of the New York Building Loan Banking Company. No opinion. Motion for reargument granted, and case set down for Monday, May 7, 1906.)

---

In re **BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK.** (Supreme Court Appellate Division, Second Department. April 20 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners, etc.; Fourth Avenue route. Abraham Abraham, George B. Abbott, and Norman S. Dike appointed commissioners.

---

In re **BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners, etc.; Brooklyn and Manhattan loop lines, Brooklyn route. Henry B. Ketcham, Edward S. Fowler, and Rudolph Block appointed commissioners.

---

In re **BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners to determine and report, etc.; Thirty-Fourth Street route, in the borough of Queens. George B. Young, David F. Manning, and William M. Griffith appointed commissioners.

---

In re **BRADY'S ESTATE.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the estate of Rosetta Brady, deceased. No opinion. Motion granted, unless appellant serve his proposed case within 10 days and pay $10 costs, in which event the motion is denied.

---

In re **BROOKLYN BAR ASS'N.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the Brooklyn Bar Association to punish Benjamin E. Valentine, an attorney. No opinion. Petition granted, and, pursuant to section 67 of the Code of Civil Procedure, Benjamin E. Valentine is hereby disbarred, and his name is stricken from the roll of attorneys and counselors of the Supreme Court of the state of New York.

---

**BROOKLYN UNION ELEVATED R. CO.,** Respondent, v. **CITY OF NEW YORK,** Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by the Brooklyn Union Elevated Railroad Company against the city of New York. No opinion. Judgment and orders affirmed, with costs.

---

**BROWN,** Respondent, v. **NEW YORK CENT. & H. R. R. CO.,** Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Joseph Brown against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent.

---

**BUEL,** Appellant, v. **BROOKLYN HEIGHTS R. CO.,** Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Ida Buel against the Brooklyn Heights Railroad Company. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

---

**BUSKIST,** Respondent, v. **WAIT,** Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Charles J. Buskist against Orrin Wait. No opinion. Judgment and order affirmed, with costs.

---

**CANONICO** v. **CUNARD S. S. CO.** (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Errico Canonico against the Cunard Steamship Company. No opinion. Application denied, with $10 costs. Order signed.

---

**CARROLL** v. **LONG ISLAND R. CO. et al.** (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Margaret Carroll against the Long Island Railroad Company and another. No opinion. Judgment modified, by striking out the provision for an

extra allowance, and judgment, as modified, and order, unanimously affirmed, with costs.

---

CENTURY MERCANTILE CO., Respondent, v. HEERAN, Sheriff, Appellant. (Action No. 2). (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by the Century Mercantile Company against Matthew A. Heeran, late sheriff of Rensselaer county.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal.

CHESTER, J., dissents. PARKER, P. J., not voting.

---

CHAPMAN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Olive Chapman against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

CHEEVER, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Hattie Cheever against the New York Transportation Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CHRISTIE, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by David Christie against Henry F. Miller and another. P. Mitchell, for appellant. D. B. Ogden, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

In re CITIZENS' TRUST CO. OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of the Citizens' Trust Company of Brooklyn to be designated as a depositary for court funds. No opinion. Report of the referee confirmed, prayer of the petitioner granted, and order signed.

---

In re CITY COLLEGE SITE. In re BERNHARDT. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of the City College site. In the matter of Bernhardt. T. Connoly, for City College site. J. S. Frank, for Bernhardt. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re CITY COLLEGE SITE. In re PINKNEY. (Supreme Court, Appellate Division, First Department. April 6, 1906.) In the matter of the City College site. In the matter of Pinkney. T. Connoly, for City College site. J. S. Frank, for Pinkney. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

CLARK, Respondent, v. GENERAL CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Oliver H. Clark against the General Chemical Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CLARK, Respondent, v. LYNCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Charles E. Clark against Michael Lynch and another. No opinion. Motion for reargument denied, with $10 costs and disbursements.

---

COATSWORTH, Appellant, v. LEHIGH VALLEY R. CO. et al., Respondents. (two cases.) (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by Reuben H. Coatsworth against the Lehigh Valley Railroad Company, and another. No opinion. The four justices qualified to sit in the hearing and determination of the appeals in the above cases being equally divided, the said appeals are ordered transferred to the Third Judicial Department for hearing and determination, pursuant to the provision of section 231 of the Code of Civil Procedure.

---

COHEN, Appellant, v. BEHR et al, Respondents. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Max Cohen against Rebecca Behr and Samuel B. Behr. No opinion. Judgment affirmed, with costs.

(112 App. Div. 902)

COLEMAN et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by Eugene J. Coleman and another against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on opinion of McLennan, P. J., in same case, reported 98 App. Div. 349, 90 N. Y. Supp. 264.

SPRING, J., dissents. KRUSE, J., not sitting.

---

CONLON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Francis Conlon against the city of New York. T. Connoly, for appellant. C. M. Beattie, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed.

INGRAHAM, J., dissents.

---

CONNELL, Respondent, v. CONNELL, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary E. Connell against William F. Connell. No opinion. Order affirmed, with $10 costs and disbursements.

---

CONROY, Appellant, v. ACKEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Bridget Conroy, as administratrix, etc., of Michael Conroy, deceased, against Samuel I. Acken and others. No opinion. Motion to amend order granted.